Filed            18-CI-002059                David L. Nicholson, Jefferson Circuit Clerk

EXHIBIT 1

NO. _____                       JEFFERSON CIRCUIT COURT

                                                  DIVISION _____

L. D. BOZIAN                                      PLAINITFF

VS.                       COMPLAINT

THE COURIER JOURNAL, INC. &
GANNETT CO. INC.                                  DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes now the plaintiff, by counsel, who states as follows for her complaint against this defendant in this matter:

1. This Court may exercise subject matter jurisdiction over the controversy, and personal jurisdiction over the parties in this action. Venue is properly vested in the Jefferson Circuit Court.

2. The plaintiff was married to Bruce Bozian, an employee of the Courier Journal and/or the Gannett Co., Inc., in Louisville, Kentucky. Mr. Bozian passed away on September 7, 2016, and was a member of a group life insurance policy offered to Courier Journal Inc., and/or Gannett Co. Inc., employees by the defendant, Metropolitan Life Insurance Company. The applicable policy number is Group Policy Number 138727-1-G. The terms of the policy provided for a death benefit payable to the plaintiff upon her husband's death as promised by his employee, the defendant Gannett Co. Inc. and Courier Journal, Inc.

3. The plaintiff did make a claim for life insurance benefits under Metropolitan Life Insurance Company Group Life Insurance policy 138727-1-G following the death of her husband, Bruce Bozian.

4. Metropolitan Life Insurance Co. failed to pay the total proceeds due to the plaintiff under the insurance policy. It blamed co-defendant Gannett Co. Inc. and/or Courier Journal, Inc., for failing to update the coverage. Gannett, Inc. and/or Courier Journal, Inc., without authorization, altered, changed or modified the contractual benefits due the plaintiff, thereby breaching the life insurance contract in which she had a protected interest as a beneficiary.

5. The plaintiff is entitled to the whole payout under the terms of the policy for the death benefit triggered by the death of her husband as bargained for with his employer, Gannett Co. Inc. and/or Courier Journal, Inc. The Courier Journal, Inc., and/or Gannett Co. Inc., is responsible for the difference for failing to properly honor the employee benefits contract.

6. The failure of the defendant make sure that MetLife timely and properly paid the entire death benefit owed to the plaintiff constitutes fraud, for which the plaintiff is entitled to recover additional damages, including punitive damages.

7. Under the terms of the policy as presented in the employee benefits package offered to Decedent Bruce Bozian by Gannett Co. Inc., as insured by Metropolitan Life Insurance Co., the widow and plaintiff, Leola Bozian, is entitled to a full payment of expected and promised

Package:000004 of 000005

Presiding Judge: HON. AUDRA J. ECKERLE (630291)

Package : 000004 of 000005

death benefits. The Courier Journal, Inc., and/or Gannett Co. Inc. caused this loss by failing to provide its performance.

8. The defendant is responsible for the damages to the plaintiff under the employee benefits package and life insurance contract.

WHEREFORE, the plaintiff demands the following:

A. Judgment in her favor;

b. An award of proper monetary damages, including attorney fees; and,

c. Any other relief to which she may be entitled.

RESPECTFULLY SUBMITTED,

/s/ J. Bart McMahon
J. BART MCMAHON, Counsel for Plaintiff
119 South Seventh Street, Fourth Floor
Louisville, Kentucky 40202
(502) 589-4713
jbartmc@mac.com