UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

L.D. BOZIAN,                                                                Plaintiff,

v.                                               Civil Action No. 3:18-cv-282-DJH-LLK

THE COURIER-JOURNAL, INC., et al.,                         Defendants.

\* \* \* \* \*

## **ORDER**

The parties have filed an agreed order of dismissal with prejudice signed by all parties who have appeared. (Docket No. 12) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.

July 31, 2018

**David J. Hale, Judge**
**United States District Court**